PER CURIAM. Consent order, remanding case to District Court for further proceedings in accordance with the settlement, agreed upon between the parties filed.

---

## 1
## Zygmond SMISINSKI v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 4, 1927.

### No. 4759.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

A. L. Kreisberg and Gordon & Gordon, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Judgment of District Court affirmed.

---

## 2
## STANDARD TRUST & SAVINGS BANK, an Illinois Banking Corporation, v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 4, 1927.

### No. 4677.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Campbell, Bulkley & Ledyard, of Detroit, Mich., for appellant.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Decree of District Court reversed, with instructions that the libel of United States be dismissed.

---

## 3
## J. Arthur TUCK v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

### No. 4827.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

See, also, 19 F.(2d) 1022.

Howard H. Campbell and Carl Weideman, both of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.

---

## 4
## J. Arthur TUCK v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

### No. 4829.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

See, also, 19 F.(2d) 1022.

Howard H. Campbell and Carl Weideman, both of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.

---

## 5
## J. Arthur TUCK v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

### No. 4931.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

See, also, 19 F.(2d) 1022.

Howard H. Campbell and Carl Weideman, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.

---

## 6
## UNITED STATES, Appellant, v. Early C. POOLE, Appellee.

Circuit Court of Appeals, Fourth Circuit. June 15, 1927.

### No. 2592.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore.

Coleman, Fell, Morgan & Brune, of Baltimore, Md., for the United States.

George T. Mister, of Baltimore, Md., for appellee.